**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12319-ELF |
| Melinda V. Stanfield | : Chapter 13 |
| Debtor | : |
| | : |
| CSMC 2019-RPL4 Trust c/o Select Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| Melinda V. Stanfield | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## OBJECTION TO CONFIRMATION OF THE PLAN

CSMC 2019-RPL4 Trust c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Melinda V. Stanfield ("Debtor"), as follows:

1.      As of the bankruptcy filing date of 05/15/2020, Movant holds a secured Claim against the Debtor's property located at 6906 Paschall Avenue, Philadelphia, PA 19142.

2.      On July 22, 2020, Movant filed a Proof of Claim citing a total secured claim in the amount of $73,927.42, and an interest rate of 8.89%.

3.      The Plan proposes to pay a total claim of $74,512.00 with an interest rate of 6.00%.

4.      The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.      The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 07/22/2020

/s/ Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 66287
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: shladik@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-12319-ELF |
| Melinda V. Stanfield | : | Chapter 13 |
| Debtor | : | |
| | : | |
| CSMC 2019-RPL4 Trust c/o Select Portfolio Servicing, Inc. | : | |
| Movant | : | |
| vs. | : | |
| Melinda V. Stanfield | : | |
| Debtor/Respondent | : | |
| and | : | |
| William C. Miller, Esquire | : | |
| Trustee/Respondent | : | |

### <u>CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST</u>

I, Stephen M. Hladik, Esquire, attorney for CSMC 2019-RPL4 Trust c/o Select Portfolio Servicing, Inc.  ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/22/2020:

Brad J. Sadek, Jr., Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Melinda V. Stanfield
6906 Paschal Avenue
Philadelphia, PA 19142
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 07/22/2020

/s/ Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 66287
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: shladik@hoflawgroup.com